IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BELLSOUTH
TELECOMMUNICATIONS, INC.,

    Plaintiff,

v.

    CIVIL ACTION NO.
    00-0093-RV-S

CITY OF MOBILE,

    Defendant.

## ORDER

This matter is before the court on BellSouth Telecommunications, Inc.'s "Motion to Alter, Amend, or Vacate Order and Judgment" (Doc. 77). The City of Mobile is hereby **ORDERED** to file a response to BellSouth's motion on or before 11 days from the date of this order. The court will take this matter under submission at that time.

DONE this 19 day of April, 2001.

    _____
    RICHARD W. VOLLMER, JR.
    SENIOR UNITED STATES DISTRICT JUDGE